

**United States Patent and Trademark Office**

*Office of the General Counsel*
*Office of the Solicitor*

March 14, 2025

Hon. Jarrett B. Perlow
Clerk of the Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

### NOTICE OF WITHDRAWAL OF ACTING DIRECTOR'S COUNSEL

The Acting Director of the United States Patent and Trademark Office ("Acting Director") hereby provides the Court with notice that Farheena Y. Rasheed is withdrawing as counsel for the Acting Director in all pending appeals in which she has filed entries of appearance. Deputy Solicitor Amy J. Nelson has been designated as Acting Solicitor and continues to represent the Acting Director as counsel in all pending appeals.

Dated:  March 14, 2025                                   Respectfully submitted,

*/s/ Amy J. Nelson*
AMY J. NELSON
*Acting Solicitor*
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, Virginia 22313-1450
amy.nelson@uspto.gov
Tel: (571) 272-9035